NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DDR HOLDINGS, LLC,**
*Appellant*

**v.**

**SHOPIFY, INC., PRICELINE.COM LLC, BOOKING.COM B.V.,**
*Appellees*

---

2021-1297, 2021-1298, 2021-1299

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01011, IPR2018-01012, IPR2018-01014.

---

## JUDGMENT

---

LOUIS JAMES HOFFMAN, Hoffman Patent Firm, Scottsdale, AZ, argued for appellant. Also represented by SHAWN DANIEL BLACKBURN, Susman Godfrey LLP, Houston, TX; IAN B. CROSBY, Seattle, WA.

PETER F. SNELL, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC, New York, NY, argued for appellee Shopify, Inc. Also represented by WILLIAM MEUNIER, MICHAEL RENAUD, Boston, MA.

STEPHANIE DEBROW, Norton Rose Fulbright US LLP, Austin, TX, for appellees Priceline.com LLC, Booking.com B.V. Also represented by BRETT CHRISTOPHER GOVETT, Dallas, TX.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 10, 2021          /s/ Peter R. Marksteiner
      Date                         Peter R. Marksteiner
                                   Clerk of Court